

# Fourth Court of Appeals
## San Antonio, Texas

March 23, 2022

No. 04-22-00030-CR

Jorge Rene **VELASCO,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2016-CRN-000108-D4
Honorable Oscar J. Hale, Jr., Judge Presiding

# O R D E R

On March 18, 2022, we ordered appellant to file a response indicating whether the reporter's record was complete because it was unclear whether court reporter David Laurel was responsible for a portion of the record. On March 21, 2022, appellant filed a response confirming Mr. Laurel was responsible for transcripts covering hearings for May 29, 2019 and May 30, 2019. Appellant also stated Mr. Laurel is currently working on the transcripts. Accordingly, we **order** court reporter David Laurel to file his portion of the record **by April 22, 2022**.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 23rd day of March, 2022.

_____
MICHAEL A. CRUZ, Clerk of Court